UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:21-cr-00020-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| JESUS MANUEL ROJAS, | |
| Defendant. | |

The parties filed a signed plea agreement in this case on April 12, 2022. (ECF No. 38.) On May 2, 2022, the Court held a change of plea hearing. The Court observed Mr. Rojas' affect and behavior and noted concern about his competence to proceed. (*See* ECF No. 42.) Defense counsel informed the Court of Mr. Rojas' mental health disorders, that two neuropsychologists had determined Mr. Rojas was competent to proceed, and that a psychiatrist determined he was not receiving proper medication at the Washoe County Detention Facility ("WCDF"). (*See id.*)

The Court continued Mr. Rojas' trial date to July 11, 2022, and his change of plea to May 23, 2022. (*Id.*) The Court directed the U.S. Marshals Service to contact the WCDF to ensure Mr. Rojas was placed on his proper medication. (*Id.*)

On May 3, 2022, defense counsel filed documents in support of Mr. Rojas' change of plea. (ECF No. 43.) The filing included the two neuropsychological reports

and psychiatric report discussed by defense counsel at the change of plea. (*Id.*) The psychiatric report states that the WCDF is not properly medicating Mr. Rojas and recommends specific changes to his medication regime to stabilize his psychotic symptoms. (*Id.* at 4.) Defense counsel noted in the filing that she shared this report as well as relevant medical records with the Marshals Service on March 27, 2022, who provided them to the WCDF. (*Id.*)

On May 18, 2022, defense counsel informed the Court and government counsel that she had received updated medical records for Mr. Rojas and that the WCDF was still not medicating Mr. Rojas properly.

On May 20, 2022, the Court vacated Mr. Rojas' change of plea scheduled for May 23, 2022. (ECF No. 45.) The Court set a status conference for June 6, 2022. (*Id.*)

It is therefore ordered that the WCDF offer a representative to appear on June 6, 2022, at 1:30PM in Reno Courtroom 5 to answer questions relating to Jesus Rojas' medication.

DATED THIS 24th Day of May 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2