# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL ROJAS,<br><br>Defendant, | Case No. 3:21-cr-20-MMD-CSD<br><br>**ORDER TO PRODUCE INMATE FOR VIDEO CONFERENCE COURT PROCEEDINGS** |

    The Court scheduled an evidentiary hearing for October 3, 2023 at 9:00 AM Pacific Time (ECF No. 95) in Reno Courtroom 5 before Chief Judge Miranda M. Du.  Counsel will appear in person in the courtroom.  It is ordered that FMC Devens transport Defendant **Jesus Manuel Rojas** to a video conference room at the facility so that he may be present by video conference for the hearing.

    IT IS SO ORDERED.

    DATED this 20th day of September, 2023.

_____
Honorable Miranda M. Du,
Chief U.S. District Judge