# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21-cr-00020-MMD-CSD |
| Plaintiff, | **Order Granting Motion to Dismiss Indictment** |
| v. | |
| JESUS MANUEL ROJAS, | |
| Defendant. | |

After following the procedures set forth pursuant to 18 U.S.C. § 4241(d) including reviewing reports submitted by the Bureau of Prisons and an evidentiary hearing, the Court finds that the defendant is not competent to stand trial and there is not a substantial probability that the defendant will be able to be restored to competency.  Based on the Court's finding that the defendant is incompetent to stand trial, the government has filed a Motion to Dismiss the Indictment.  Leave of Court is granted for the filing of the above dismissal.

DATED this 29th day of November 2023.

_____
CHIEF JUDGE MIRANDA M. DU
UNITED STATES DISTRICT COURT